QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:03-cr-5405 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| OSCAR FIGUEROA, | ) ) | Date:  May 2, 2005 Time:  9:00 a.m. |
| Defendant. | ) ) | Judge: Hon. Anthony W. Ishii |
| _____ | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing,  currently set for April 21, 2005, may be continued to **May 2, 2005 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

DATED: April 20, 2005

MCGREGOR W. SCOTT
United States Attorney


By /s/ Carl M. Faller
CARL M. FALLER
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: April 20, 2005

QUIN DENVIR
Federal Public Defender


By /s/ Mark A. Lizarraga
MARK A. LIZARRAGA
Assistant Federal Defender
Attorney for Defendant

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   April 20, 2005**          /s/ Anthony W. Ishii
0m8i78                    UNITED STATES DISTRICT JUDGE