QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZÁRRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
OSCAR FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  1:03-cr-5405 AWI |
| )            Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RESET FOR CHANGE OF PLEA; AND PROPOSED ORDER THEREON |
| v. ) | |
| OSCAR FIGUEROA, ) | |
| )            Defendant. ) | Date:  May 16, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the Status Conference Hearing currently set for May 9, 2005, may be continued to **May 16, 2005 at 9:00 a.m. and reset for change of plea.**

This stipulation is requested by counsel for defendant to  complete negotiation and preparation of a plea agreement.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

                                MCGREGOR W. SCOTT
                                United States Attorney

DATED: May 4, 2005             By /s/ Francine Zepeda with consent of Carl M. Faller
                                              CARL M. FALLER
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                QUIN DENVIR
                                Federal Public Defender

DATED: May 4, 2005            By /s/ Mark A. Lizarraga (by Francine Zepeda)
                                              MARK A. LIZARRAGA
                                              Assistant Federal Defender
                                              Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:  May 5, 2005**                    /s/ Anthony W. Ishii
0m8i78                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and Reset for Change of Plea; Proposed Order